| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) FEUERSTEIN, SANDRA J. | 2. Court or Organization U.S. DISTRICT COURT - E.D.N.Y. | 3. Date of Report 03/09/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address U.S. DISTRICT COURT 1014 FEDERAL PLAZA CENTRAL ISLIP, N.Y. 11722 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ███████ | ████████████████████ |
| 2. ███████████ | ████████████████████ |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAR 24 A 10: 28 FINANCIAL DISCLOSURE OFFICE

Feuerstein_Sandra_J

| Name of Person Reporting | Date of Report |
|---|---|
| FEUERSTEIN, SANDRA J. | 03/09/2009 |

## III. NON- INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | ███████████ | $77,960.83 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | SELF-EMPLOYED ATTORNEY, GENERAL PARTNER - REAL ESTATE, MANAGEMENT |
| 2. 2008 | ██████████ |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FEUERSTEIN, SANDRA J. | 03/09/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FEUERSTEIN, SANDRA J. | 03/09/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #2, Jersey City, NJ (1982 $55,000) | D | Rent | L | R | | | | | |
| 2. Rental Poperty #4, Jersey City, NJ (1984 $84,500) | D | Rent | L | R | | | | | |
| 3. Rental Property #5, Jersey City, NJ (1983 $66,500) | D | Rent | L | R | | | | | |
| 4. Rental Property #10, Jersey City, NJ (1982 $38,000) | D | Rent | K | R | | | | | |
| 5. NYS Deferred Comp Fund (M) Stable Income | D | Interest | M | T | | | | | |
| 6. Nassau County Federal Credit Union (NFCU) M | C | Interest | L | T | | | | | |
| 7. Fidelity (M,B) | D | Interest | N | T | | | | | |
| 8. HSBC (M) | A | Interest | K | T | | | | | |
| 9. American Port. Bear Stearn (M,B) | A | Interest | | | Closed | 05/28 | J | | See Note -- Part VIII |
| 10. Citi Bank (M) | A | Interest | L | T | | | | | |
| 11. Capital One (FMR Northfork) (M) | A | Interest | K | T | | | | | |
| 12. Inteli Check (IDN) (S) | | None | L | T | | | | | |
| 13. Force Protection (S) | | None | | | Sold | 12/26 | K | | |
| 14. T.D. Amer (B.M.) | D | Interest | O | T | | | | | |
| 15. Consolidated Water (S) | A | Interest | | | Sold | 12/28 | K | | |
| 16. Consolidated Water (S) | | None | | | Buy | 11/14 | K | | |
| 17. | | | | | Sell | 12/18 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -FEUERSTEIN, SANDRA J. | 03/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cott Corp. (S) | | None | | | Buy | 5/20 | K | | |
| 19. | | | | | Sold | 12/18 | J | | |
| 20. CPS Tech (CPSH) (S) | | None | K | T | | | | | |
| 21. Micron Tech (S) | | None | | | Sold | 11/13 | J | | |
| 22. Quantum Fuel (S) | | None | | | Sold | 12/24 | K | | |
| 23. Wave System (S) | | None | | | Sold | 11/20 | J | | |
| 24. NanoGen (S) | | None | | | Buy | 10/20 | J | | |
| 25. | | | | | Sold | 12/19 | J | | |
| 26. Rite Aid (S) | | None | | | Buy | 10/20 | K | | |
| 27. | | | | | Sold | 11/24 | J | | |
| 28. Cott Corp. (S) | | None | J | T | Buy | 11/13 | J | | |
| 29. Quantum Fuel (S) | | None | K | T | Buy | 11/21 | K | | |
| 30. Rite Aid | | None | J | T | Buy | 11/20 | J | | |
| 31. E.E.M. (F, ETF) | A | Dividend | | | Buy | 1/28 | J | | |
| 32. | | | | | Sold | 11/13 | J | | |
| 33. E.E.M. (F, ETF) | A | Dividend | | | Buy | 1/30 | J | | |
| 34. | | | | | Sold | 11/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50.001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000.001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FEUERSTEIN, SANDRA J. | 03/09/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  E.F.A. (F, ETF) | | None | | | Buy | 1/28 | J | | |
| 36. | | | | | Sold | 11/13 | J | | |
| 37.  E.F.A (F, ETF) | | None | | | Buy | 1/30 | J | | |
| 38. | | | | | Sold | 11/13 | J | | |
| 39.  TIP (F, ETF) | A | Dividend | | | Buy | 1/28 | J | | |
| 40. | | | | | Sold | 12/02 | J | | |
| 41.  TIP (F, ETF) | A | Dividend | | | Buy | 1/30 | J | | |
| 42. | | | | | Sold | 12/02 | J | | |
| 43.  MUB (F,ETF) | A | Interest | | | Buy | 1/28 | J | | |
| 44. | | | | | Sold | 12/02 | J | | |
| 45.  MUB (F, ETF) | A | Interest | | | Buy | 1/30 | J | | |
| 46. | | | | | Sold | 12/02 | J | | |
| 47.  DBV (F, ETF) | | None | | | Buy | 1/28 | J | | |
| 48. | | | | | Sold | 12/02 | J | | |
| 49.  DBV (F, ETF) | | None | | | Buy | 1/30 | J | | |
| 50. | | | | | Sold | 12/02 | J | | |
| 51.  PZA (F, ETF) | A | Interest | | | Buy | 1/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FEUERSTEIN, SANDRA J. | 03/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 12/02 | J | | |
| 53. PZA (F, ETF) | A | Interest | | | Buy | 1/30 | J | | |
| 54. | | | | | Sold | 12/02 | J | | |
| 55. RWX (F, ETF) | | None | | | Buy | 1/28 | J | | |
| 56. | | | | | Sold | 12/02 | J | | |
| 57. RWX (F, ETF) | | None | | | Buy | 1/30 | J | | |
| 58. | | | | | Sold | 11/02 | J | | |
| 59. GWX (F, ETF) | | None | | | Buy | 1/28 | J | | |
| 60. | | | | | Sold | 12/02 | J | | |
| 61. GWX (F, ETF) | | None | | | Buy | 1/30 | J | | |
| 62. | | | | | Sold | 12/02 | J | | |
| 63. SHM (F, ETF) | A | Interest | | | Buy | 1/28 | J | | |
| 64. | | | | | Sold | 12/02 | J | | |
| 65. SHM (F, ETF) | A | Interest | | | Buy | 1/30 | J | | |
| 66. | | | | | Sold | 12/02 | J | | |
| 67. TFI (F, ETF) | A | Interest | | | Buy | 1/28 | J | | |
| 68. | | | | | Sold | 12/02 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FEUERSTEIN, SANDRA J. | 03/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. TFI (F, ETF) | A | Interest | | | Buy | 1/30 | J | | |
| 70. | | | | | Sold | 12/02 | J | | |
| 71. RWR (F, ETF) | A | Dividend | | | Buy | 1/28 | J | | |
| 72. | | | | | Sold | 12/02 | J | | |
| 73. RWR (F, ETF) | A | Dividend | | | Buy | 1/30 | J | | |
| 74. | | | | | Sold | 12/02 | J | | |
| 75. VEA (F, ETF) | | None | | | Buy | 11/13 | J | | |
| 76. | | | | | Sold | 12/02 | J | | |
| 77. VWO (F, ETF) | | None | | | Buy | 1/28 | J | | |
| 78. | | | | | Sold | 12/02 | J | | |
| 79. VWO (F,ETF) | | None | | | Buy | 11/13 | J | | |
| 80. | | | | | Sold | 12/02 | J | | |
| 81. VPL (F, ETF) | | None | | | Buy | 1/28 | J | | |
| 82. | | | | | Sold | 12/02 | J | | |
| 83. VPL (F, ETF) | | None | | | Buy | 1/30 | J | | |
| 84. | | | | | Sold | 12/02 | J | | |
| 85. VKG (F, ETF) | | None | | | Buy | 1/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FEUERSTEIN, SANDRA J. | 03/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/02 | J | | |
| 87.   VKG (F, ETF) | | None | | | Buy | 1/30 | J | | |
| 88. | | | | | Sold | 12/02 | J | | |
| 89.   VBK (F, ETF) | A | Dividend | | | Buy | 1/28 | J | | |
| 90. | | | | | Sold | 12/02 | J | | |
| 91.   VBK (F, ETF) | A | Dividend | | | Buy | 1/30 | J | | |
| 92. | | | | | Sold | 12/02 | J | | |
| 93.   VBR (F, ETF) | | None | | | Buy | 1/28 | J | | |
| 94. | | | | | Sold | 12/02 | J | | |
| 95.   VBR (F, ETF) | | None | | | Buy | 1/30 | J | | |
| 96. | | | | | Sold | 12/02 | J | | |
| 97.   VUG (F, ETF) | | None | | | Buy | 1/28 | J | | |
| 98. | | | | | Sold | 12/02 | J | | |
| 99.   VUG (F, ETF) | | None | | | Buy | 1/30 | J | | |
| 100. | | | | | Sold | 12/02 | J | | |
| 101.   VTV (F, ETF) | | None | | | Buy | 1/28 | J | | |
| 102. | | | | | Sold | 12/02 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| FEUERSTEIN, SANDRA J. | 03/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. VTV | | None | | | Buy | 1/30 | J | | |
| 104. | | | | | Sold | 12/02 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FEUERSTEIN, SANDRA J. | 03/09/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Key to VII

M = Money Market/Checking
S = Stock, Common
F = Mutual Fund, Exchange Traded Fund (ETF), Closed End Fund
B = Brokerage
Int = InterestDivided
Fmr = Formerly

Part VII - Item 9  Amer. Port. closed and transferred to T.D. Amer. - item 14  in Part VII

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FA**ILS** .. PORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544